UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,                       :

    v.                                                              :           Hon. Sterling Johnson, Jr.
                                                                                11-cr-134 (SJ)

CHAIM LEBOVITS, ET AL.,                          :
                                                                            **NOTICE OF MOTION**

                 Defendants.            :
------------------------------------X

       PLEASE TAKE NOTICE that upon the affirmation of Nathaniel Z. Marmur, dated October 14, 2011, and the exhibits attached thereto, the accompanying memorandum of law dated October 14, 2011, and upon the proceedings and pleading heretofore had and filed in this case, Defendant Chaim Lebovits, by his counsel, Stillman & Friedman, P.C., and Zuckerman Spaeder LLP, before the Honorable Sterling Johnson, Jr., at the U.S. District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at a time and place set by the Court, for an Order, pursuant to Fed. R. Crim. P. 7(f), compelling the government to provide a bill of particulars, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
         October 14, 2011

                                               STILLMAN & FRIEDMAN, P.C.

                                       By _____
                                          Nathaniel Z. Marmur, Esq.
                                          425 Park Avenue
                                          New York, New York 10022
                                          (212) 223-0200

ZUCKERMAN SPAEDER LLP

By _/s/ Paul Shechtman_
Paul Shechtman, Esq.
1540 Broadway, Suite 1604
New York, New York 10036-4039
(212) 704-9600

Attorneys for Defendant Chaim Lebovits

TO: AUSA Charles Kleinberg (by ECF)
All Defense Counsel (by ECF)