Law Offices
# Stillman & Friedman, P.C.

425 Park Avenue
New York, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

MARY MARGULIS-OHNUMA
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU
LAURA P. WEXLER

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**VIA ECF**

November 2, 2011

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Chaim Lebovits, 11-Cr.-134 (SJ)

Dear Judge Johnson:

I write to seek a temporary bail modification for Chaim Lebovits, whose travel is currently restricted to the Eastern and Southern Districts of New York, to allow him to travel to Pennsylvania over the next two months to inspect and repair commercial property he owns there (in Reading and Tremont). If given permission, he would notify his Pretrial Services Officer before he left and upon his return. I have spoken to AUSA Charles Kleinberg, who has no objection to this request. And Mr. Lebovits' Pretrial Services Officer, Vincent Adams, who can be reached at 914-390-4139, informs me that Mr. Lebovits has been fully compliant with the terms of his release.

Respectfully,

Nathaniel Z. Marmur

NZM:dc
cc:   AUSA Charles Kleinberg