LAW OFFICES

# STILLMAN & FRIEDMAN, P.C.

425 PARK AVENUE

NEW YORK, NY 10022

www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

MARY MARGULIS-OHNUMA

NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
ERIK M. ZISSU
LAURA P. WEXLER

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**VIA ECF**

June 20, 2012

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  United States v. Chaim Lebovits, 11-Cr.-134 (SJ)

Dear Judge Johnson:

I write on consent of all parties to request that the Court adjourn the status conference scheduled for June 27, 2012 until July 31, 2012.  Since the last appearance, the pre-trial motions have been fully briefed and a telephonic conference was held with Magistrate Judge Gold.  At that time, Magistrate Judge Gold set oral argument on the motions for July 19 at 3pm.  It is respectfully suggested that it would be more productive for the conference with your Honor to take place after those arguments.

Counsel for all defendants have informed me that they consent to the exclusion of speedy trial time until the adjourn date.

Respectfully,

Nathaniel Z. Marmur

NZM/mm

cc:    All Parties by e-mail and ECF