

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

_____

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 25, 2012


By ECF

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:   United States v. Chaim Lebovits, CR 11-134
                          (SJ)(SMG)

Dear Judge Johnson:

            I write to request, on consent, that speedy trial
time be excluded from June 27, 2012 to July 31, 2012.  On
June 20, 2012, the defendants moved, with my consent, to
adjourn the status conference scheduled for June 27, 2012 to
July 31, 2012 ("Motion").  When I was contacted by Nathaniel
Marmur, the attorney for defendant Chaim Lebovits, who filed
the Motion, I stated that I would consent to the defendants'
motion as long as speedy trial time was excluded.  Thus, in
the defendants' Motion, Mr. Marmur stated that "[c]ounsel
for all defendants have informed me that they consent to the
exclusion of speedy trial time until the adjourn date."

            On June 21, 2012, the Court granted the
defendants' Motion to adjourn the status conference
previously scheduled for June 27 to July 31, but the Court
did not state that it was also excluding time from June 27
to July 31.  As noted above, the government only agreed to
consent to the adjournment if speedy trial time was excluded
and, as stated in the Motion, counsel for all defendants
agreed to the exclusion of time.  Indeed, the defendants'
pretrial motions are pending.

Accordingly, on consent of all of the defendants, I request that speedy trial time be excluded from June 27 to July 31.

Respectfully submitted,

Loretta E. Lynch
United States Attorney
Eastern District of New York


By: _____
AUSA Charles Kleinberg
Assistant U.S. Attorney
(718) 254-6012