Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:
United States v.

Chaim Lebovits

Docket No.: 11 Cr. 134

Judge Johnson
(District Court Judge)

Notice is hereby given that Defendant Chaim Lebovits appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____ (specify)
entered in this action on April 14, 2015
(date)

This appeal concerns: Conviction only |___ Sentence only |___| Conviction & Sentence |✓ Other |___

Defendant found guilty by plea | ✓ | trial |  | N/A |

Offense occurred after November 1, 1987? Yes |✓ No [   N/A [

Date of sentence: April 13, 2015    N/A |___|

Bail/Jail Disposition: Committed |___ Not committed | ✓ | N/A |

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Nathaniel Z. Marmur |
| Counsel's Address: | 500 Fifth Avenue, 40th Floor |
| | New York, NY 10110 |
| Counsel's Phone: | 212-257-4894 |
| Assistant U.S. Attorney: | Tanisha R. Payne |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | 718-254-6321 |

_[signature]_
Signature