UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

- against -

CHAIM MAYER LEBOVITS,

              Defendant.

------------------------------X

ORDER OF RESTITUTION

Docket No. 11-CR-134 (SJ)

RECEIVED
IN CHAMBERS OF
HON STERLING JOHNSON, JR.

JUN 23 2015

TIME A.M. _____
P.M. 3:50

This order of restitution is incorporated by reference to the Judgment In a Criminal Case entered on April 14, 2014 in the above-captioned matter imposed on defendant CHAIM MAYER LEBOVITS as a result of his conviction of 18 U.S.C. § 1349. The defendant is directed to pay restitution in the amount of Eighty Nine Thousand Six Hundred Dollars and No Cents ($89,600.00) to the victims identified below in the amounts listed below:

| VICTIM NAME | | LOSS AMOUNT |
|---|---|---|
| 1) | ING | $ 29,328.29 |
| 2) | Lincoln National Corporation/Jefferson Pilot | $ 19,731.12 |
| 3) | Lincoln Benefit Life | $ 14,081.27 |
| 4) | Transamerica | $ 11,749.34 |
| 5) | Union Central | $ 11,749.34 |
| 6) | Phoenix Life | $ 2,960.64 |
| TOTAL LOSS AMOUNT | | $ 89,600.00 |

The total restitution amount of $89,600.00 is due immediately. Interest on any unpaid portion of the restitution amount shall begin to accrue 15 days after the date of this Order.

Payments shall be made by certified or bank check payable to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and docket number, as set forth above.

The Clerk is directed to distribute restitution payments *pro rata* to the victims at least quarterly per year to the extent funds are available to distribute.

The Clerk is directed to mail copies of the within Order to AUSA Tanisha R. Payne and the Financial Litigation Unit of the United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

SO ORDERED.

Dated: Brooklyn, New York
       6-24-15 , 2015

/S/ USDJ JOHNSON
_____
Honorable Sterling Johnson, Jr.
United States District Judge