# MANDATE

E.D.N.Y.-Bklyn
11-cr-134-1
Johnson, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand fifteen.

Present:
> Guido Calabresi,
> Chester J. Straub,
> Debra Ann Livingston,
> *Circuit Judges*.

---

United States of America,

> *Appellee*,

v.                                                                                                    15-1402

Avigdor Gutwein, Moses Neuman, AKA Moishe, Yudah Neuman, AKA Yeheedle, AKA Lenny, Edward Grodsky, Leo Fekete,

> *Defendants*,

Chaim Mayer Lebovits,

> *Defendant-Appellant*.

---

The Government moves to dismiss Lebovits's direct criminal appeal as barred by the waiver of appellate rights contained in Lebovits's plea agreement. Lebovits moves for bail pending appeal. Upon due consideration, it is hereby ORDERED that the Government's motion to dismiss is GRANTED and the motion for bail is DENIED. *See United States v. Buissereth*, 638 F.3d 114, 118 (2d Cir. 2011).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



MANDATE ISSUED ON 07/08/2015