UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,                SATISFACTION OF JUDGMENT

        -against-                             Criminal Docket
                                               No. CR-11-0134

CHAIM LEBOVITS,                          (Johnson, J.)

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $95,700.00, that is, restitution in the amount of $89,600.00, plus interest, a fine in the amount of $6,000.00, plus interest, and a special assessment in the amount of $100.00, on April 13, 2015, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on April 14, 2015; and

        WHEREAS, said judgment has been fully paid as to the defendant CHAIM LEBOVITS;

        THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant CHAIM LEBOVITS.

Dated:     Brooklyn, New York
            April 19, 2017

                                          BRIDGET M. ROHDE
                                          Acting United States Attorney
                                          Eastern District of New York
                                          271 Cadman Plaza East, 8th Fl.
                                          Brooklyn, New York 11201

                      By:     /s/
                                          PETER A. LASERNA
                                          Assistant U.S. Attorney
                                          (718) 254-6152