Chaim M Lebovits
20 Wiener Drive #301
Monsey, NY 10952
(845) 694-6702
chaiml@cslshoes.com

December 25, 2017

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States vs Chaim M Lebovits 11-CR-00134(JS)</u>

Dear Judge Johnson:

Your Honor, I am writing to petition the court for an early release from probation.

On September 8, 2014 I plead guilty to Attempt and Conspiracy to Commit Mail Fraud, I was sentenced on April 13, 2015 to 12 months and 1 day of imprisonment, 3 years of supervised release, $100 special assessment and $6,000 fine, on June 24, 2015 the court ordered that I pay restitution of $89,600.

I served my prison term and I was released on May 13, 2016, I had no incidents while in prison, I have been on supervised release since May 13, 2016 and I am in compliance with my conditions of supervised release, I have also paid the fine, special assessment and restitution ordered by the court (a satisfaction of Judgement was filed April 19, 2017).

My Probation officer, Officer Biggs (EDNY) said that she has no objection.

I currently run a small business importing and wholesaling shoes, my business requires me extensive travel, it would greatly help me running my business to get the flexibility in travel.

Respectfully,

Chaim M Lebovits